# EXHIBIT D

# AFFIDAVIT

I, **FRANCISCO CORONADO**, hereby depose and state:

1. I received $219,000.00 on December 12, 2007 from Fernando Sanchez Andrade in the country of Mexico.
2. It was my understanding that Mr. Andrade gave me this money to give to my cousin, Ramon Coronado Morales for the purpose of Mr. Morales purchasing primarily horses for Mr. Andrade in United States of America.
3. My cousin Ramon Coronado Morales requested that I obtain the money from Mr. Andrade wherein I transferred the said funds to Ramon Coronado Morales.

I further sayeth not.

Country of Mexico    )
                     ) ss
_____  )

_____
**FRANCISCO CORONADO**

Subscribed and sworn to before me this ____ day of _____, 2010

_____
Notary

# AFFIDAVIT

I, **RAMON CORONADO MORALES**, hereby depose and state:

1. I received $219,000.00 from my cousin Francisco Coronado on behalf of my client, Fernando Sanchez Andrade.
2. I received said funds for the purpose of purchasing horses for Mr. Andrade in the United States of America and transporting them to Mexico.
3. Mr. Joel Salazar Alarcon informed me he was arrested and police told him that they located a large sum of money in his possession; money that was given to me by Francisco Coronado for Mr. Andrade.
4. I eventually received documents that verified the money had been seized in the state of Illinois from Mr. Alarcon and gave these papers to my client's cousin, Luis Martin Sanchez from Sonora, Mexico.
5. I requested that Luis Martin Sanchez notify Fernando Sanchez Andrade of the seizure of the currency in the amount of $209,000.00; part of his $219,000.00.
6. I sent the papers to Mr. Andrade through his cousin Luis Martin Sanchez in order to inform him of the loss of the money and also to notify him that I did not illegally take the money from him

I further sayeth not.


Country of Mexico        )
                         ) ss                    _____
_____        )                       **RAMON CORONADO MORALES**

Subscribed and sworn to before me this ____ day of _____, 2010

_____
Notary

# AFFIDAVIT

I, **LUIS MARTIN SANCHEZ**, hereby depose and state:

1. I received papers from Ramon Coronado Morales and was instructed to give these documents to my cousin Fernando Sanchez Andrade.

2. It was my understanding that these documents were in reference to the seizure of a large sum of money which belonged to Fernando Sanchez Andrade and Ramon Coronado Morales wanted Mr. Andrade to be aware of the loss of the money and not to hold Mr. Coronado-Morales responsible for said funds.

3. I was informed a Mr. Joel Salazar Alarcon was arrested with a portion of the said funds in the amount of $209,000.00 that was given to him by Francisco Coronado for Mr. Andrade.

4. I received documents that verified the money had been seized in the state of Illinois from Mr. Alarcon.

I further sayeth not.


Country of Mexico        )
                         ) ss        _____
_____          )           **LUIS MARTIN SANCHEZ**

Subscribed and sworn to before me this ____ day of _____, 2010

_____
Notary