IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | Case No. 09-cv-0545-MJR |
| | : | |
| $209,000.00 IN U.S. CURRENCY, | : | |
| | : | |
| DEFENDANT. | : | |

**MEMORANDUM and ORDER**

REAGAN, District Judge:

For good cause shown, the Court hereby **GRANTS** the United States of America's Motion to Extend Claims Deadline, With Limitations, for Joel Salazar Alarcon (Doc. 13).

The United States shall serve a copy of the amended complaint, a copy of this Order, and an Amended Direct Notice of Forfeiture pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty Claims and Asset Forfeiture Actions on Joel Salazar Alarcon, unless Joel Salazar Alarcon consents in writing to the waiver of said notice. Alarcon is **GRANTED LEAVE** to file a verified claim, if he wishes to do so, within the time specified by the Amended Direct Notice of Forfeiture. Alarcon shall state within his verified claim specifically when and how he first obtained actual knowledge of this forfeiture action.   The United States shall retain the right to assert any and all defenses to the claim, including, if appropriate, that the claim was not timely-filed after Alarcon first obtained actual knowledge of the forfeiture action.

IT IS SO ORDERED.

DATED September 15, 2010.

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Court Judge